Order entered October 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00171-CV

### ORVILLE PAUL DUNAGAN, Appellant

### V.

### BRYAN COLEMAN, Appellee

**On Appeal from the 134th District Court
Dallas County, Texas
Trial Court Cause No. 07-05904-E/G**

## ORDER

The Court has before it appellant's October 24, 2012 unopposed motion for extension of time to file brief of appellant. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by December 2, 2012.

MOLLY FRANCIS
JUSTICE